# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION

| | |
|---|---|
| **Keith Megay, individually and on behalf of all others similarly situated,** | Case No.: 2:20-CV-00114-RSM |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| **Euphorium 502 d/b/a Euphorium,** | |
| Defendant. | |

///

///

///

///

///

NOTICE OF VOLUNTARY DISMISSAL           1           **KAZEROUNI LAW GROUP**
**245 FISCHER AVE., SUITE D1**
**COSTA MESA, CA 92626**

Pursuant to Federal Civil Rule 41(a)(1)(A)(i), Plaintiff Keith Megay ("Plaintiff") voluntarily dismisses Plaintiff's and the putative class's claims against Defendant Euphorium 502 d/b/a Euphorium ("Defendant") without prejudice.

Dated: June 30, 2020                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Ryan L. McBride*
Ryan L. McBride, Esq. (50751)
ryan@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523